Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Yesenia Z. Carrillo, Bar No. 306468
ycarrillo@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:   559.449.4535

Attorneys for Defendant COUNTY OF FRESNO

Jacob J. Rivas, Bar No. 208504
rivasinjurylaw@outlook.com
Law Office of Jacob J. Rivas
7473 N. Ingram Ave., Suite 105
Fresno, California 93711
Telephone:   559.263.9667
Facsimile:   559.263.9668

Attorney for Plaintiff YESENIA BAROCIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA BAROCIO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO, and DOES 1-10,<br><br>　　　　　　Defendant. | Case No.:  1:20-CV-01182 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE AND RELATED DATES**<br><br>(Doc. 19)<br><br>Date:    August 4, 2022<br>Time:    10:00 a.m.<br>Courtroom: 4 |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Yesenia Barocio ("Plaintiff") and Defendant County of Fresno ("Defendant") (collectively "the Parties"), through their respective counsel of record, as follows:

　　　WHEREAS, Plaintiff filed this action in Fresno County Superior Court on June 2, 2020;

　　　WHEREAS, Defendant removed the case to the U.S. District Court for the Eastern District of California on August 21, 2020, where it was initially assigned to the Honorable Judge

1

Lawrence O'Neill;

WHEREAS, On October 29, 2020, the Honorable Magistrate Judge Sheila Oberto issued a Scheduling Order, establishing various deadlines for discovery, expert witnesses, and motions. The Scheduling Order did not schedule a trial date, but scheduled an August 16, 2022 Pre-Trial Conference, at which the Court would schedule a trial date;

WHEREAS, Judge O'Neill retired, and there was no District Court judge assigned to the case because of the lack of available District Court judges;

WHEREAS, on January 3, 2022, Magistrate Judge Oberto issued an Order re Settlement Conference, which: (1) scheduled a settlement conference for August 4, 2022; (2) required Plaintiff to submit an updated written itemization of damages and a settlement demand, with a brief summary of the legal and factual basis supporting the demand, at least five weeks prior to the August 4, 2022, settlement conference; (3) required Defendant to provide a written offer to Plaintiff, with a brief summary of the legal and factual basis supporting the offer, at least four weeks prior to the settlement conference; (4) requires the Parties to submit settlement conference statements by July 21, 2022; and (5) scheduled a pre-settlement conference with Magistrate Judge Oberto on July 28, 2022;

WHEREAS, on January 7, 2022, the case was reassigned to newly appointed the Eastern District Court Judge, the Honorable Judge Jennifer Thurston;

WHEREAS, Defendant filed a motion for summary judgment on March 16, 2022, and the Court has taken the motion under submission;

WHEREAS, on July 8, 2022, Judge Thurston issued an order vacating the August 16, 2022, Pre-Trial Conference because of Defendant's pending motion for summary judgment;

WHEREAS, the Parties agree the settlement conference will be more productive if it occurs, at all, after the Court rules on Defendant's pending summary judgment motion;

///

///

///

///

///

NOW THEREFORE, the Parties hereby request that the Court:

1. Vacate the August 4, 2022, settlement conference and related deadlines.

2. Order that, within 10 court days after the Court issues its ruling on Defendant's pending summary judgment motion, the Parties submit a stipulation requesting a new settlement conference date.

Dated:  July 14, 2022                           LIEBERT CASSIDY WHITMORE

                                                By:  */s/ Jesse J. Maddox*
                                                     Jesse J. Maddox
                                                     Yesenia Z. Carrillo
                                                     Attorneys for Defendant COUNTY OF FRESNO

Dated:  July 14, 2022                           LAW OFFICE OF JACOB J. RIVAS

                                                By:  */s/ Jacob J. Rivas*
                                                     Jacob J. Rivas
                                                     Attorney for Plaintiff, YESENIA BAROCIO

**ORDER**

Having considered the foregoing Stipulation of the Parties (Doc. 19), and good cause appearing, the Court ORDERS as follows:

1. The August 4, 2022, Settlement Conference and related deadlines specified in the Court's January 3, 2022 Order re Settlement Conference (Doc. 11) are VACATED; and

2. Within 10 court days after the Court issues a ruling on Defendant's pending summary judgment motion (Doc. 14), the Parties SHALL submit a stipulation proposing 3 to 4 settlement conference dates and requesting that the Court schedule a settlement conference. The parties are advised that the undersigned holds settlement conferences on Tuesdays and Thursdays at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **July 15, 2022**                              /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704